UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TRAVELERS PROPERTY CASUALTY
 COMPANY OF AMERICA,

    Plaintiff,

v.                                    Case No:_____

CREE HOWARD,

    Defendant.

---

## COMPLAINT

---

Travelers Property Casualty Company of America, by its attorneys, Chapin & Associates, as and for its complaint in this matter, alleges unto the Court as follows:

### PARTIES

1. Travelers Property Casualty Company of America is a Connecticut corporation whose principal place of business is One Tower Square, Hartford, CT 06183.

2. Upon information and belief, at all times material hereto, Defendant, Cree Howard, resides and resided at 3128 North 168th Avenue, Omaha, Nebraska where she is and was a resident relative of the household.

### JURISDICTION

3. The amount in controversy is at least $351,601.84 as more fully described below.

4. Jurisdiction is proper in this Court under 28 U.S.C. 1332.

## FACTS

5. On or about March 15, 2025, Plaintiff had in full force and effect a policy of insurance which promised, among other things, to pay amounts of loss experienced by its insured at property located at 20240 West Wisconsin Avenue, Milwaukee, Wisconsin especially as described below.

6. On or about March 15, 2025, Defendant Cree Howard, was at the Plaintiff's insured property.

7. While she was there, among other acts and omissions of negligence, Cree Howard used an acetone-based fingernail polish remover near a lit candle.

8. The negligence of Cree Howard, especially the use of acetone near a lit candle, directly and proximately started the property on fire.

9. As a direct and proximate result of the fire, the property was damaged, in among other ways, by fire and smoke and water used to suppress the fire.

10. As a direct and proximate result of the damages done to its property, Plaintiff's insured also lost the use of the property and resulting income while the property was being restored.

11. As a direct and proximate result of the negligence of Cree Howard, Plaintiff and because of the damages caused to its insured property, Travelers Property Casualty Company of America, paid $351,601.84 to or on behalf of its insured.

12. As a result of its payments, pursuant to its policy and the laws of the State of Wisconsin, Travelers became subrogated to the rights of its insured and it is a proper party to bring this case.

PLAINTIFF DEMANDS TRIAL BY JURY

WHEREFORE, Travelers Property Casualty Company of America, by its attorneys, Chapin & Associates, prays for judgment against Cree Howard in the amount of $351,601.84 plus costs together with such other relief as the Court deems just.

Dated this 25th day of February 2026

CHAPIN & ASSOCIATES

*/s/ Charles W. Kramer*

Charles W. Kramer
Wisconsin Bar No. 1021504:
Attorneys for Plaintiff, Travelers Property
Casualty Company of America

**P.O. Address:**
P.O. Box 64093
St. Paul, MN  55164-0093
262-825-9290
855-822-9376 (fax)
ckramer@travelers.com